# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:26-CV-00486-KDB-DCK

| | |
|---|---|
| **SEAN M. DUFF,** | |
| **Plaintiff,** | |
| **v.** | **MEMORANDUM AND ORDER** |
| **TRUIST FINANCIAL CORPORATION AND TRUIST BANK,** | |
| **Defendants.** | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 2) and Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 3). The Court has carefully considered these motions and Plaintiff's sworn Application, which details his financial circumstances. Based on that examination, the Court finds that Plaintiff's reasonable expected expenses, expected income and other resources do not give him sufficient assets with which to pay the filing fee. Further, upon an initial review, the Court finds that the Complaint is not frivolous or malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, Plaintiff's IFP Motion will be granted.

However, the Court finds, based on the limited information currently before the Court, that Plaintiff has not established a likelihood of success on the merits. Nor has Plaintiff shown he will suffer irreparable harm if the Court does not act in advance of Defendant having an opportunity to respond to his claims (specifically, there is an absence of facts showing a truly imminent foreclosure). Therefore, the Court will deny Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction without prejudice.

1

IT IS, THEREFORE, ORDERED that:

1   Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is GRANTED;

2   Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 3) is DENIED without prejudice; and

3   Any recovery in this action will be subject to payment of fees and costs, including the $405.00 filing fee.

SO ORDERED ADJUDGED AND DECREED.


Signed: June 24, 2026

Kenneth D. Bell
United States District Judge

Case 3:26-cv-00486-KDB-DCK   Document 4   Filed 06/24/26   Page 2 of 2